Commonwealth *v.* Bronson, Appellant.

Argued September 11, 1968. *John W. Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Michael Baylson,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and

*Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.